and not appearing or being represented by counsel at said calling, and the Court having heard counsel for the Petitioner,

It is ordered that the order of the National Labor Relations Board issued against the respondents on May 26, 1954 is hereby approved and enforcement thereof decreed.

---

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**LOCAL 595, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, AND ORNAMENTAL IRON WORKERS, A. F. L., and W. B. Sanders, its Agent, Respondents.**

**No. 12274.**

United States Court of Appeals, Sixth Circuit.

Dec. 28, 1954.

Grace & Palmer, Paducah, Ky., for petitioner.

Marcel Mallet-Prevost, Washington, D. C., for respondent.

Before SIMONS, Chief Judge, and ALLEN and MILLER, Circuit Judges.

PER CURIAM.

This cause having been called for hearing pursuant to prior setting with notice thereof to the respective parties, and the respondents not having filed a brief

**NOEL ESTATE, Incorporated, and Thomas G. Roberts, Appellants,**

v.

**James R. RUSSELL, Shareholders' Agent of the Commercial National Bank of Shreveport, Appellee.**

**No. 15028.**

United States Court of Appeals, Fifth Circuit.

Feb. 18, 1955.

Rehearing Denied April 6, 1955.

Frederick J. Stewart, Shreveport, La., for appellants.

T. Haller Jackson, Jr., H. M. Holder, Shreveport, La., Tucker, Bronson & Martin, Shreveport, La., of counsel, for appellee.

Before HOLMES and BORAH, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed. 114 F.Supp. 614.